FILED
CLERK, U.S. DISTRICT COURT

JUN - 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Darius Gilbert

Defendant.

15 mj 1047

ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. §3148(b): (Allegations of Violation of Pretrial Conditions of Release)

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

(A)  ( ✓ )  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

(B)  ( )  Clear and convincing evidence that the defendant has violated

1            any other condition of release; and

2 (2)    (A)    (✓)    Based on the factors set forth in 18 U.S.C. §3142(g), there is no
3            condition or combination of conditions of release that will
4            assure that the defendant will not flee or pose a danger to the
5            safety or any other person or the community; or

6      (B)    (✓)    The defendant is unlikely to abide by any condition or
7            combination of conditions of release.

8 (3)       ( )    There is probable cause to believe that, while on release, the
9            defendant committed a Federal, State, or local felony, and the
10           presumption that no condition or combination of conditions
11           will assure that the person will not pose a danger to the safety
12           of any other person or the community has not been rebutted.

13                         <u>OR</u>

14 (4)       ( )    The court finds that there are conditions of release that will
15            assure that the defendant will not flee or pose a danger to the
16            safety any other person or the community, and that the
17            defendant will abide by such conditions. <u>See</u> separate Order
18            setting conditions.

19       ( )    It is further ordered that this order is stayed for 72 hours in order
20            to allow the Government to seek review from the assigned
21            district judge or criminal duty district judge as appropriate.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>OR</u>

C.

(✓)   IT IS ORDERED defendant be detained prior to trial.

DATED: June 5, 2015

_____

UNITED STATES  MAGISTRATE JUDGE

3